# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CONTRELL HENDERSON                                                    PLAINTIFF

v.                      CASE NO. 4:19-CV-536 SWW-JTK

JAMES MOODY, Judge, *et al*.                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED THIS 3RD DAY OF OCTOBER, 2019.

                                                 /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE