# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONTRELL HENDERSON                                                                    PLAINTIFF

v.                                    CASE NO. 4:19-CV-536 SWW-JTK

JAMES MOODY, Judge, *et al.*                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 3rd DAY OF OCTOBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE